**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Azelie Ziegler Shelby
Shelby Law Firm
3070 Teddy Drive
Baton Rouge LA 70809

Sarah K. Lunn
Shelby Law Firm
3070 Teddy Drive
Baton Rouge LA 70809

Nicholas M. Graphia
Shelby Law Firm
3070 Teddy Drive
Baton Rouge LA 70809

**REHEARING ACTION: January 16, 2013**

**Docket Number: 12   00555-CA**

**PERCIVAL FRANKLIN**
**VERSUS**
**ENTERPRISE RENT-A-CAR CO.**

**Appealed from St. Martin Parish Case No. 75768**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. J. David Painter**
   **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Percival Franklin** has this day been

   **DENIED.**

cc: Donna P. Green, Counsel for the Appellee